UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NARA MENDIOLA, | ) |
| Plaintiff, | ) Case No. 2:15-cv-02049-RFB-GWF |
| vs. | ) **ORDER** |
| ABC HYUNDAI CORPORATION, | ) |
| Defendant. | ) |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  The Complaint (#1) in this matter was filed October 23, 2015.  Defendant filed its Answer (#7) on December 16, 2015.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **February 16, 2016** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 3rd day of February, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge