ORIGINAL

**STP**
JANET C. PANCOAST, ESQ.
Nevada Bar No. 5090
CISNEROS & MARIAS
1140 N. Town Center Dr., Suite 200
Las Vegas, NV 89144
Tel: (702) 233-9660
Fax: (702) 233-9665
janet.pancoast@zurichna.com

Attorneys for Defendants
JS Auto Plaza, Inc. d/b/a ABC Hyundai
*Erroneously sued as* ABC Hyundai Corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NARA MENDIOLA, an individual | CASE NO.:  **2:15-cv-02049-RFB-GWF** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL** |
| ABC HYUNDAI CORPORATION, a Nevada corporation; AND DOES 1-50, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, PLAINTIFF NARA MENDIOLA by and through her counsel of record, DANIEL R WATKINS, ESQ, of WATKINS & LETOFSKY, LLP and DEFENDANT JS AUTO PLAZA, INC. d/b/a ABC Hyundai *Erroneously sued as* ABC HYUNDAI CORPORATION by and through its counsel of record, JANET C. PANCOAST of CISNEROS & MARIAS, that the Complaint filed by NARA MENDIOLA and each and every cause of action alleged therein be dismissed with prejudice.

1

1    Each party shall bear their own fees and costs.

2    DATED this _18th_ day of _July_, 2016.    DATED this _20th_ day of _July_, 2016.

3    WATKINS & LETOFSKY, LLP    CISNEROS & MARIAS

4    _[signature]_    _[signature]_

5    DANIEL R WATKINS, ESQ. _SBI 13312_    Janet C. Pancoast, Esq.

6    400 South Fourth Street, Suite 280    1160 Town Center Drive, Suite 130
     Las Vegas, NV 89101    Las Vegas, Nevada 89144

7    Attorneys for Plaintiff    Attorneys for Defendants
     JS Auto Plaza, Inc. d/b/a ABC Hyundai

8    _Erroneously sued as_ ABC Hyundai
     Corporation

9                          **ORDER**

10

11        Based on the Stipulation of the parties, the Court having reviewed all pleadings and papers on

12   file herein and good cause appearing,

13        IT IS HEREBY ORDERED that Complaint filed by Plaintiff be dismissed with prejudice,

14   each party to bear their own attorney's fees and costs herein.

15        DATED this _28th_ day of ___July___, 2016.

16

17                          _[signature]_

18                          _____
                            RICHARD F. BOULWARE, II
19                          UNITED STATES DISTRICT JUDGE

20   Submitted by:

21   CISNEROS & MARIAS

22   _[signature]_

23   JANET C. PANCOAST, ESQ.

24   1160 N. Town Center Dr., Suite 130
     Las Vegas, NV 89144

25   Attorneys for Defendants
     JS Auto Plaza, Inc. d/b/a ABC Hyundai

26   _Erroneously sued as_ ABC Hyundai Corporation

27

28                          2